**Order filed August 16, 2012**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-11-00558-CR

—————————

**BILLY JOE GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1291002**

## ORDER

Our review of the clerk's record has determined that potentially relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record reflects the trial court transferred trial court cause numbers 1229073, 1229074, and 1228957 into trial court cause 1291002. It further appears a fourth trial court cause number, 1228954, may be relevant to the case at bar.

The order states that "all Motions and Notices be incorporated and applied to cause number 1291002." The clerk's record filed in this court does not appear to contain all motions and notices from the other cause numbers. Further, the clerk's record does

not contain the indictments from the other cause numbers. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **August 27, 2012**, containing the indictments in, and all motions and notices from, trial court cause numbers 1229073, 1229074, 1228957, and 1228954.

PER CURIAM